## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

Debtor: Alfred J. Ferraro & Kristin E. Ferraro    Case No: 16-21105-GLT
Judge:    Gregory L. Taddonio                     Chapter 13

### NOTICE OF SATISFACTION OF CLAIM

WesBanco Bank Inc., formally known as United Bank, hereby notifies the court of satisfaction of claim filed on May 10, 2016, in the amount of $11,340.30, regarding Court Claim No. 3

The reason for notice of satisfaction of claim is that the claim has been paid in full.

_____
Danielle White-Meneely
Bankruptcy Litigation Officer

================================================================

### CERTIFICATE OF SERVICE

I, Danielle White-Meneely, of WesBanco Bank Inc., do hereby certify that service of the foregoing NOTICE OF SATISFACTION OF CLAIM was had via the Court's ECF delivery system and mailing by United States Mail, First Class, postage prepaid, a true copy thereof this 18 day of March, 2020, as follows:

_____
Creditor Signature

U.S. Trustee
Office of the US Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*U.S. Trustee-service via the ECF delivery System*

Justin P. Schantz
Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601
*Counsel for Debtor-service via the ECF delivery system and US Mail*

Rhonda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Bankruptcy Trustee-service via the ECF delivery system and US mail*

