**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Alfred J. Ferraro
Kristin E. Ferraro
aka Kristen E. Ferraro**
 Debtor(s)

Bankruptcy Case No.: 16–21105–GLT
Related to Docket No. 96
Chapter: 13
Docket No.: 98 – 96
Concil. Conf.: January 21, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 2, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 16, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 17, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                               Case No. 16-21105-GLT
Alfred J. Ferraro                                                    Chapter 13
Kristin E. Ferraro
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel              Page 1 of 2              Date Rcvd: Sep 17, 2020
                               Form ID: 213            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db/jdb         +Alfred J. Ferraro,   Kristin E. Ferraro,   305 St Mary's Road,    Latrobe, PA 15650-1324
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 DALLAS PKWY SUITE 425,    DALLAS, TX 75254-8067
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,   8742 Lucent Blvd, Suite 300,
                 Highlands Rnach, CO 80129-2386
cr             +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,   3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
14202244       +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14202245       +Citibank / Sears,   Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14271503        DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL,   WELLS FARGO BANK, N.A.,
                 DEFAULT DOCUMENT PROCESSING,   N9286-01Y,   1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
14202247       +Deutsche Bank National Trust Company, as,   Trustee for HSI Asset Securitzation Corp,
                 c/o Wells Fargo Bank, N.A.,   3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
14202248       +Greater Latrobe Teacher's Credit Union,   113 East Main Street,   New Alexandria, PA 15670-3116
14969675       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14202253       +Veripro Solutions, Inc.,   P.O. Box 3572,   Coppell, TX 75019-5538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2020 04:53:36
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14227058        E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 18 2020 04:39:16     Citizens Bank N.A.,
                 1 Citizens Drive Mailstop ROP15B,   Riverside, RI 02915
14226479        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2020 04:53:57
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14202243       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2020 04:53:10
                 Capital One Bank, N.A.,   Attn: Bankruptcy,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14202246       +E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 18 2020 04:39:16
                 Citizen's Bank Auto Finance,   Attn: Bankruptcy,   443 Jefferson Boulevard MS RJW-135,
                 Warwick, RI 02886-1321
14236488       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2020 04:48:49     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14207378        E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2020 04:54:01
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14202250       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:26     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   P.O. Box 103104,   Roswell, GA 30076-9104
14202251       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:50     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   P.O. Box 103104,   Roswell, GA 30076-9104
14202252       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:05     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   P.O. Box 103104,   Roswell, GA 30076-9104
14202254       +E-mail/Text: bankrupt-adjdept@wesbanco.com Sep 18 2020 04:49:08     Wesbanco Bank, Inc.,
                 1 Bank Plaza,   Wheeling, WV 26003-3565
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, As Trustee F
cr              Deutsche Bank National Trust Company, as Trustee E
14202249        Northwest Consumer Discount Company
cr*            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
cr*            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Pkwy Suite 425,   Dallas, TX 75254-8067
cr*            +Deutsche Bank National Trust Company,   14841 Dallas Parkway Suite 425,   Dallas, TX 75254-8067
cr*            +WesBanco Bank Inc,   1 Bank Plaza,   Wheeling, WV 26003-3565
                                                                                 TOTALS: 3, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Sep 17, 2020
                              Form ID: 213            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
              Brian   Nicholas    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               bnicholas@kmllawgroup.com
              Brian   Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Et
               Al... bnicholas@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Alfred J. Ferraro jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski     on behalf of Plaintiff Kristin E Ferraro jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal pawb@fedphe.com
              Justin P. Schantz    on behalf of Debtor Alfred J. Ferraro jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Justin P. Schantz     on behalf of Joint Debtor Kristin E. Ferraro jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas   Song    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY pawb@fedphe.com
              Thomas   Song    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal
               pawb@fedphe.com
                                                                                              TOTAL: 12
```