FILED
11/9/20 5:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alfred J. Ferraro and Kristin E. Ferraro,<br><br>        Debtors,<br><br>Alfred J. Ferraro and Kristin E. Ferraro,<br><br>        Movants,<br><br>    v.<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>        Respondent | Case No. 16-21105-GLT<br>Chapter 13<br>Docket Document No.<br>Related to Docket Document No. 101 |

ORDER OF COURT

AND NOW, this ___6th___ day of _November_, 2020, upon consideration of Debtors' Motion to Extend Time to file an Amended Plan and a documentary Proof of Payment, it is hereby ORDERED that Debtors' Motion is GRANTED.

If Debtor intends to file an Amended Plan, said Plan and a documentary proof of payment shall be filed on or before _December 7_, 2020. The conciliation conference scheduled for January 21, 2021 will remain as scheduled [Dkt. No. 98].

If Debtors intend to file a Motion for Hardship Discharge, said filing shall occur following this Court's normal scheduling procedures.

Otherwise, if the Debtors take no action, the present case shall be DISMISSED WITHOUT PREJUDICE without further notice or hearing.

Prepared by: Justin P. Schantz, Esq.

Dated: 11/9/2020

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alfred J. Ferraro  
Kristin E. Ferraro  
    Debtor(s)

Case No. 16-21105-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 2  
Date Rcvd: Nov 10, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     + Alfred J. Ferraro, Kristin E. Ferraro, 305 St Mary's Road, Latrobe, PA 15650-1324

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas  
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... bnicholas@kmllawgroup.com

Brian Nicholas  
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE bnicholas@kmllawgroup.com

Jeffrey S. Golembiewski  
    on behalf of Plaintiff Alfred J. Ferraro jgolembiewski@yahoo.com  denisegole@yahoo.com

Jeffrey S. Golembiewski  
    on behalf of Plaintiff Kristin E Ferraro jgolembiewski@yahoo.com  denisegole@yahoo.com

Jerome B. Blank  
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com

Justin P. Schantz

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Debtor Alfred J. Ferraro jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Justin P. Schantz
    on behalf of Joint Debtor Kristin E. Ferraro jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY pawb@fedphe.com

TOTAL: 12