**PRINT INQUIRY** — Close Window — Click Here to Print this Page

| 16-21105GLT | ALFRED J. FERRARO (xxx-xx-7584) | 305 ST MARY'S ROAD • • LATROBE • PA • 15650 | | Bar Date(s): | 8/8/2016 (has passed) 9/21/2016 (has passed) |
|---|---|---|---|---|---|
| | KRISTIN E. FERRARO (xxx-xx-4037) | 305 ST MARY'S ROAD • • LATROBE • PA • 15650 | $2,727.00 MO | Confirmed: | 5/13/2016 |
| | Trustee: Ronda J. Winnecour | Attorney: JUSTIN P SCHANTZ ESQ | | Case Status: | ACTIVE |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 4/1/2016 | 6.00 | $2,288.00 | MONTHLY | KRISTIN E. FERRARO | | None |
| 10/1/2016 | 6.00 | $2,410.00 | MONTHLY | KRISTIN E. FERRARO | | None |
| 4/1/2017 | 12.00 | $2,450.00 | MONTHLY | KRISTIN E. FERRARO | | None |
| 4/1/2018 | end of plan | $2,727.00 | MONTHLY | KRISTIN E. FERRARO | | None |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| 9/30/2016 | $2,288.00 | CONF OE 10/14/16 |
| 3/31/2017 | $244.00 | CONF OE 4-18-17 |
| 3/31/2018 | $9,803.00 | CONF OE 4/5/18 |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/1/2016 | 4/30/2016 | $2,288.00 | $2,288.00 |
| 2 | 5/1/2016 | 5/31/2016 | $2,288.00 | $4,576.00 |
| 3 | 6/1/2016 | 6/30/2016 | $2,288.00 | $6,864.00 |
| 4 | 7/1/2016 | 7/31/2016 | $2,288.00 | $9,152.00 |
| 5 | 8/1/2016 | 8/31/2016 | $2,288.00 | $11,440.00 |
| 6 | 9/1/2016 | 9/30/2016 | $2,288.00 | $13,728.00 |
| Total | | | | **$13,728.00** |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 10/1/2016 | 10/31/2016 | $2,410.00 | $2,410.00 |
| 2 | 11/1/2016 | 11/30/2016 | $2,410.00 | $4,820.00 |
| 3 | 12/1/2016 | 12/31/2016 | $2,410.00 | $7,230.00 |
| 4 | 1/1/2017 | 1/31/2017 | $2,410.00 | $9,640.00 |
| 5 | 2/1/2017 | 2/28/2017 | $2,410.00 | $12,050.00 |
| 6 | 3/1/2017 | 3/31/2017 | $2,410.00 | $14,460.00 |
| Total | | | | **$14,460.00** |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/1/2017 | 4/30/2017 | $2,450.00 | $2,450.00 |
| 2 | 5/1/2017 | 5/31/2017 | $2,450.00 | $4,900.00 |
| 3 | 6/1/2017 | 6/30/2017 | $2,450.00 | $7,350.00 |
| 4 | 7/1/2017 | 7/31/2017 | $2,450.00 | $9,800.00 |
| 5 | 8/1/2017 | 8/31/2017 | $2,450.00 | $12,250.00 |
| 6 | 9/1/2017 | 9/30/2017 | $2,450.00 | $14,700.00 |
| 7 | 10/1/2017 | 10/31/2017 | $2,450.00 | $17,150.00 |
| 8 | 11/1/2017 | 11/30/2017 | $2,450.00 | $19,600.00 |
| 9 | 12/1/2017 | 12/31/2017 | $2,450.00 | $22,050.00 |
| 10 | 1/1/2018 | 1/31/2018 | $2,450.00 | $24,500.00 |
| 11 | 2/1/2018 | 2/28/2018 | $2,450.00 | $26,950.00 |
| 12 | 3/1/2018 | 3/31/2018 | $2,450.00 | $29,400.00 |
| Total | | | | **$29,400.00** |

Payments Expected for Step 4:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|

| # | Start | End | | Payment | Cumulative |
|---|---|---|---|---|---|
| 1 | 4/1/2018 | 4/30/2018 | | $2,727.00 | $2,727.00 |
| 2 | 5/1/2018 | 5/31/2018 | | $2,727.00 | $5,454.00 |
| 3 | 6/1/2018 | 6/30/2018 | | $2,727.00 | $8,181.00 |
| 4 | 7/1/2018 | 7/31/2018 | | $2,727.00 | $10,908.00 |
| 5 | 8/1/2018 | 8/31/2018 | | $2,727.00 | $13,635.00 |
| 6 | 9/1/2018 | 9/30/2018 | | $2,727.00 | $16,362.00 |
| 7 | 10/1/2018 | 10/31/2018 | | $2,727.00 | $19,089.00 |
| 8 | 11/1/2018 | 11/30/2018 | | $2,727.00 | $21,816.00 |
| 9 | 12/1/2018 | 12/31/2018 | | $2,727.00 | $24,543.00 |
| 10 | 1/1/2019 | 1/31/2019 | | $2,727.00 | $27,270.00 |
| 11 | 2/1/2019 | 2/28/2019 | | $2,727.00 | $29,997.00 |
| 12 | 3/1/2019 | 3/31/2019 | | $2,727.00 | $32,724.00 |
| 13 | 4/1/2019 | 4/30/2019 | | $2,727.00 | $35,451.00 |
| 14 | 5/1/2019 | 5/31/2019 | | $2,727.00 | $38,178.00 |
| 15 | 6/1/2019 | 6/30/2019 | | $2,727.00 | $40,905.00 |
| 16 | 7/1/2019 | 7/31/2019 | | $2,727.00 | $43,632.00 |
| 17 | 8/1/2019 | 8/31/2019 | | $2,727.00 | $46,359.00 |
| 18 | 9/1/2019 | 9/30/2019 | | $2,727.00 | $49,086.00 |
| 19 | 10/1/2019 | 10/31/2019 | | $2,727.00 | $51,813.00 |
| 20 | 11/1/2019 | 11/30/2019 | | $2,727.00 | $54,540.00 |
| 21 | 12/1/2019 | 12/31/2019 | | $2,727.00 | $57,267.00 |
| 22 | 1/1/2020 | 1/31/2020 | | $2,727.00 | $59,994.00 |
| 23 | 2/1/2020 | 2/29/2020 | | $2,727.00 | $62,721.00 |
| 24 | 3/1/2020 | 3/31/2020 | | $2,727.00 | $65,448.00 |
| 25 | 4/1/2020 | 4/30/2020 | | $2,727.00 | $68,175.00 |
| 26 | 5/1/2020 | 5/31/2020 | | $2,727.00 | $70,902.00 |
| 27 | 6/1/2020 | 6/30/2020 | | $2,727.00 | $73,629.00 |
| 28 | 7/1/2020 | 7/31/2020 | | $2,727.00 | $76,356.00 |
| 29 | 8/1/2020 | 8/31/2020 | | $2,727.00 | $79,083.00 |
| 30 | 9/1/2020 | 9/30/2020 | | $2,727.00 | $81,810.00 |
| 31 | 10/1/2020 | 10/31/2020 | | $2,727.00 | $84,537.00 |
| 32 | 11/1/2020 | 11/30/2020 | | $2,727.00 | $87,264.00 |
| 33 | 12/1/2020 | 12/31/2020 | | $2,727.00 | $89,991.00 |
| 34 | 1/1/2021 | 1/31/2021 | | $2,727.00 | $92,718.00 |
| 35 | 2/1/2021 | 2/28/2021 | | $2,727.00 | $95,445.00 |
| 36 | 3/1/2021 | 3/31/2021 | | $2,727.00 | $98,172.00 |
| 37 | 4/1/2021 | 4/30/2021 | | $2,727.00 | $100,899.00 |
| 38 | 5/1/2021 | 5/31/2021 | | $2,727.00 | $103,626.00 |
| 39 | 6/1/2021 | 6/30/2021 | | $2,727.00 | $106,353.00 |
| 40 | 7/1/2021 | 7/31/2021 | | $2,727.00 | $109,080.00 |
| 41 | 8/1/2021 | 8/31/2021 | | $2,727.00 | $111,807.00 |
| 42 | 9/1/2021 | 9/30/2021 | | $2,727.00 | $114,534.00 |
| 43 | 10/1/2021 | 10/31/2021 | | $2,727.00 | $117,261.00 |
| 44 | 11/1/2021 | 11/30/2021 | | $2,727.00 | $119,988.00 |
| 45 | 12/1/2021 | 12/31/2021 | | $2,727.00 | $122,715.00 |
| 46 | 1/1/2022 | 1/31/2022 | | $2,727.00 | $125,442.00 |
| 47 | 2/1/2022 | 2/28/2022 | | $2,727.00 | $128,169.00 |
| 48 | 3/1/2022 | 3/31/2022 | | $2,727.00 | $130,896.00 |
| 49 | 4/1/2022 | 4/30/2022 | | $2,727.00 | $133,623.00 |
| 50 | 5/1/2022 | 5/31/2022 | | $2,727.00 | $136,350.00 |
| 51 | 6/1/2022 | 6/30/2022 | | $2,727.00 | $139,077.00 |
| 52 | 7/1/2022 | 7/31/2022 | | $2,727.00 | $141,804.00 |
| 53 | 8/1/2022 | 8/31/2022 | | $2,727.00 | $144,531.00 |
| 54 | 9/1/2022 | 9/30/2022 | | $2,727.00 | $147,258.00 |
| 55 | 10/1/2022 | 10/31/2022 | | $2,727.00 | $149,985.00 |
| 56 | 11/1/2022 | 11/30/2022 | | $2,727.00 | $152,712.00 |
| Total | | | | | **$152,712.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 4/2016 | $2,288.00 | $2,288.00 | | $0.00 |
| 2 | 5/2016 | $2,288.00 | | | $2,288.00 |
| 3 | 6/2016 | $2,288.00 | $4,576.00 | | $0.00 |
| 4 | 7/2016 | $2,288.00 | $2,288.00 | | $0.00 |
| 5 | 8/2016 | $2,288.00 | $2,288.00 | | $0.00 |
| 6 | 9/2016 | $2,288.00 | | $2,288.00 (CONF OE 10/14/16) | $0.00 |
| 7 | 10/2016 | $2,410.00 | $4,576.00 | | ($2,166.00) |

| # | Month | Amount | Paid | Note | Balance |
|---|---|---|---|---|---|
| 8 | 11/2016 | $2,410.00 | | | $244.00 |
| 9 | 12/2016 | $2,410.00 | $2,410.00 | | $244.00 |
| 10 | 1/2017 | $2,410.00 | $2,410.00 | | $244.00 |
| 11 | 2/2017 | $2,410.00 | $2,410.00 | | $244.00 |
| 12 | 3/2017 | $2,410.00 | $2,410.00 | $244.00 (CONF OE 4-18-17) | $0.00 |
| 13 | 4/2017 | $2,450.00 | $4,820.00 | | ($2,370.00) |
| 14 | 5/2017 | $2,450.00 | | | $80.00 |
| 15 | 6/2017 | $2,450.00 | | | $2,530.00 |
| 16 | 7/2017 | $2,450.00 | $2,410.00 | | $2,570.00 |
| 17 | 8/2017 | $2,450.00 | $2,410.00 | | $2,610.00 |
| 18 | 9/2017 | $2,450.00 | | | $5,060.00 |
| 19 | 10/2017 | $2,450.00 | $2,410.00 | | $5,100.00 |
| 20 | 11/2017 | $2,450.00 | | | $7,550.00 |
| 21 | 12/2017 | $2,450.00 | | | $10,000.00 |
| 22 | 1/2018 | $2,450.00 | $2,410.00 | | $10,040.00 |
| 23 | 2/2018 | $2,450.00 | $2,410.00 | | $10,080.00 |
| 24 | 3/2018 | $2,450.00 | $2,727.00 | $9,803.00 (CONF OE 4/5/18) | $0.00 |
| 25 | 4/2018 | $2,727.00 | $2,727.00 | | $0.00 |
| 26 | 5/2018 | $2,727.00 | $2,727.00 | | $0.00 |
| 27 | 6/2018 | $2,727.00 | $2,727.00 | | $0.00 |
| 28 | 7/2018 | $2,727.00 | $2,727.00 | | $0.00 |
| 29 | 8/2018 | $2,727.00 | | | $2,727.00 |
| 30 | 9/2018 | $2,727.00 | $2,727.00 | | $2,727.00 |
| 31 | 10/2018 | $2,727.00 | $2,727.00 | | $2,727.00 |
| 32 | 11/2018 | $2,727.00 | $2,727.00 | | $2,727.00 |
| 33 | 12/2018 | $2,727.00 | $2,727.00 | | $2,727.00 |
| 34 | 1/2019 | $2,727.00 | $2,727.00 | | $2,727.00 |
| 35 | 2/2019 | $2,727.00 | $2,727.00 | | $2,727.00 |
| 36 | 3/2019 | $2,727.00 | $2,727.00 | | $2,727.00 |
| 37 | 4/2019 | $2,727.00 | $2,727.27 | | $2,726.73 |
| 38 | 5/2019 | $2,727.00 | $2,727.00 | | $2,726.73 |
| 39 | 6/2019 | $2,727.00 | $2,727.00 | | $2,726.73 |
| 40 | 7/2019 | $2,727.00 | $2,727.00 | | $2,726.73 |
| 41 | 8/2019 | $2,727.00 | $2,000.00 | | $3,453.73 |
| 42 | 9/2019 | $2,727.00 | $727.00 | | $5,453.73 |
| 43 | 10/2019 | $2,727.00 | $2,727.00 | | $5,453.73 |
| 44 | 11/2019 | $2,727.00 | | | $8,180.73 |
| 45 | 12/2019 | $2,727.00 | $1,500.00 | | $9,407.73 |
| 46 | 1/2020 | $2,727.00 | $1,500.00 | | $10,634.73 |
| 47 | 2/2020 | $2,727.00 | $9,524.00 | | $3,837.73 |
| 48 | 3/2020 | $2,727.00 | $1,500.00 | | $5,064.73 |
| 49 | 4/2020 | $2,727.00 | $1,000.00 | | $6,791.73 |
| 50 | 5/2020 | $2,727.00 | $1,500.00 | | $8,018.73 |
| 51 | 6/2020 | $2,727.00 | $1,000.00 | | $9,745.73 |
| 52 | 7/2020 | $2,727.00 | $2,000.00 | | $10,472.73 |
| 53 | 8/2020 | $2,727.00 | $1,500.00 | | $11,699.73 |
| 54 | 9/2020 | $2,727.00 | $1,500.00 | | $12,926.73 |
| 55 | 10/2020 | $2,727.00 | | | $15,653.73 |
| 56 | 11/2020 | $2,727.00 | $2,727.00 | | $15,653.73 |
| 57 | 12/2020 | $2,727.00 | | | $18,380.73 |

**Total Delinquent Amount: $18,380.73**

POSTAL SERVICE.

LATROBE
811 JEFFERSON ST
LATROBE, PA 15650-9998
(800)275-8777

10/30/2020 03:41 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 2-Day | 1 | | $26.35 |
| Flat Rate Env | | | |
| Chicago, IL 60689 | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Date | | | |
| Mon 11/02/2020 03:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: [redacted] | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $26.35 |

Grand Total: $26.35

Debit Card Remitted $26.35
Card Name: VISA
Account #: [redacted]
Approval # [redacted]
Transaction #: 935
Receipt #: 008481
Debit Card Purchase: $26.35
AID: [redacted] Chip
AL: US DEBIT
PIN: Verified

****************************************
Due to limited transportation availability as a result of nationwide COVID-19 impacts package delivery times may be extended. Priority Mail Express® service will not change.
****************************************

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
840-5150-0329-001-00016-74641-02
or scan this code with your mobile device,
or call 1-800-410-7420.

Citizens Bank

OFFICIAL CHECK

057-0012
0115

October 30 2020 [redacted]

**** $2,727.00 **** DOLLARS

* RONDA J WINNECOUR *

NON-NEGOTIABLE

MEMO: #16-21105-GLT

PAYMENT OF

SAVE THIS RECORD

This Official Check may not be replaced for 90 days after the issue date if lost or stolen.
WE CANNOT GIVE INFORMATION OR SEARCH RECORDS UNLESS THIS COPY IS PRESENTED

CUSTOMER'S RECORD

