**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ALFRED J. FERRARO                                    Case No. 16-21105GLT
KRISTIN E. FERRARO

         Debtor(s)
RONDA J. WINNECOUR,                                  Chapter 13
Standing Chapter 13 Trustee,

         Movant                         Document No __
     vs.
CITIZENS BANK(*)

        Respondents

## NOTICE OF FUNDS ON RESERVE

    The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.


CITIZENS BANK(*)                                     Court claim# 2/Trustee CID# 3
1 CITIZENS DRIVE
RIVERSIDE, RI 02915



The Movant further certifies that on 03/19/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                             /s/ Ronda J. Winnecour
                             RONDA J WINNECOUR PA ID #30399
                             CHAPTER 13 TRUSTEE WD PA
                             600 GRANT STREET
cc:  debtor(s)                                       SUITE 3250 US STEEL TWR
    original creditor                            PITTSBURGH, PA  15219
    putative creditor                            (412) 471-5566
    counsel for debtor(s)                        cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
ALFRED J. FERRARO, KRISTIN E.
FERRARO, 305 ST MARY'S ROAD,
LATROBE, PA  15650

DEBTOR'S COUNSEL:
JUSTIN P SCHANTZ ESQ, LAW CARE,
324 S MAPLE AVE 2ND FL,
GREENSBURG, PA  15601

NEW CREDITOR:

ORIGINAL CREDITOR:
CITIZENS BANK(*), 1 CITIZENS DRIVE,
RIVERSIDE, RI  02915