UNITED STATES BANKRUTPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Alfred J. Ferraro and Kristen E. Ferraro,<br><br>　　　　　　Debtors,<br><br>: Alfred J. Ferraro and Kristen E. Ferraro,　Movants,<br><br>　　　　v.<br>Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1 C/O Specialized Loan Servicing LLC,<br>　　　　　　Respondents, | Case No. 16-21105-GLT<br><br>Document No.<br>Related to DD No.<br>Related to Claim No. 8 |

**DECLARATION THAT THE PLAN IS SUFFICIENT FOR THE NOTICE OF MORTGAGE PAYMENT CHANGE DATED 11/26/2021**

　　　　Now, comes the Debtors Alfred J. Ferraro and Kristen E. Ferraro, by and through their Counsel Justin P. Schantz, Esquire who states that the confirmed Plan dated December 7, 2020 filed at Document 105 is sufficient to fund the Notice of Mortgage Payment Change filed November 26, 2021 at Claim 8 *doc*.

January 4, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　/s/Justin P. Schantz
　　　　　　　　　　　　　　　　　　　　Justin P. Schantz, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　PA.I.D.No. 210198
　　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　　324 South Maple Avenue
　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　(724)-837-2320
　　　　　　　　　　　　　　　　　　　　jschantz@my-lawyers.us