UNITED STATES BANKRUTPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Alfred J. Ferraro and Kristen E. Ferraro,<br><br>                      Debtors,<br><br>: Alfred J. Ferraro and Kristen E. Ferraro,    Movants,<br><br>               v.<br>Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1 C/O Specialized Loan Servicing LLC,<br>                      Respondents, | Case No. 16-21105-GLT<br><br>Document No. 115<br>Related to DD No.<br>Related to Claim No. 8 |

**DECLARATION THAT THE PLAN IS SUFFICIENT FOR THE NOTICE OF MORTGAGE PAYMENT CHANGE DATED 2/17/2022**

        AND NOW the Debtors Alfred J. Ferraro and Kristen E. Ferraro, by and through their Counsel Justin P. Schantz, Esquire declare that the confirmed Plan dated December 7, 2020 filed at Document 105, is sufficient to fund the Notice of Mortgage Payment Change filed February 17, 2022 at Claim 8.  While the February notice provides for a payment increase, that increase is more than offset by the prior reduction in payment caused by the November 27, 2021 Notice.  As a result, the Plan as confirmed still provides sufficient payment for the mortgage.

Dated:  3/10/2022

                                                  Respectfully Submitted,
                                                  /s/Justin P. Schantz
                                                  Justin P. Schantz, Esquire
                                                  Attorney for the Debtor
                                                  PA.I.D.No. 210198
                                                  David A. Colecchia and Associates
                                                  324 South Maple Avenue
                                                  Greensburg, PA 15601
                                                  (724)-837-2320
                                                  jschantz@my-lawyers.us