# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

**Name of debtor: Alfred J. Ferraro**
**Kristin E. Ferraro**

**Case Number: 16-21105-GLT**

**Chapter 13**

**Trustee: Ronda Winnecour**

**Judge: Gregory L. Taddonio**

## RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS FILED ON:   06/16/2022

**Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.**

**Name of creditor: Specialized Loan Servicing, LLC**

**Last four digits** of any number you use to identify the debtor's account:   4961

## Statement in Response as of: 07/08/2022

### Part 1: Pre-Petition Arrears - Court claim no. (if known) # 8-1   (Docket Entry #116)

Creditor ☒ agrees ☐ does not agree that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

If Creditor disagrees:
    Amount of pre-petition arrears due at filing: _____
    Amount received from the Chapter 13 Trustee _____
    Pre-Petition arrears remaining due: _____

### Part 2: Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this response.

If Creditor disagrees:
    Post-petition amounts remaining due: _____$0_____

4128-N-0220

## Part 3: Sign Here

Print Name:    Mukta Suri

Title:    Authorized Agent for Specialized Loan Servicing LLC

Company:    Bonial & Associates, P.C.      /s/ Mukta Suri

Signature

Address and telephone number:

   P. O. Box 9013
   Addison, TX 75001

7/7/2022

Date

Telephone:   (972) 643-6600      Email:     POCInquiries@BonialPC.com

2

4128-N-0220

## CERTIFICATE OF SERVICE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before July 7, 2022.

**Debtor**  *Via U.S. Mail*
Alfred J. Ferraro
305 St. Mary's Road
Latrobe, PA 15650

**Debtor**  *Via U.S. Mail*
Kristin E. Ferraro
305 St. Mary's Road
Latrobe, PA 15650

**Debtors' Attorney**
Justin P. Schantz
Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Respectfully Submitted,

/s/ Mukta Suri
_____