**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Alfred J. Ferraro |
| Debtor 2 (Spouse, if filing) | Kristin E. Ferraro |
| | aka Kristen E. Ferraro |

United States Bankruptcy Court for the:   Western   District of   Pennsylvania
(State)

Case number   16-21105-GLT

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** | **Statement / Response Date:** 07/05/2022 |
|---|---|---|

**Name of creditor:**   Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1
c/o Specialized Loan Servicing, LLC

**Court claim no**. (if known):
8-1

**Last 4 digits** of any number you use to identify the debtor's account:        4961

**Property address**:   305 Saint Marys Road
Number          Street

Latrobe, Pennsylvania 15650
City                              State        ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   08/01/2022
MM / DD   /  YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Alfred J. Ferraro | Case number (if known) | 16-21105-GLT |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

a.  Total postpetition ongoing payments due:                                              (a)    $0.00

b.  Total fees, charges, expenses, escrow, and costs outstanding:                   + (b)    $0.00

c.  **Total**. Add lines a and b.                                                                (c)    $0.00

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became     MM / DD  / YYYY
due on:

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Mukta Suri                                                      Date    07/07/2022
   Signature

Print      Mukta Suri
           First Name        Middle Name        Last Name        Title    Authorized Agent for Specialized
                                                                          Loan Servicing LLC

Company    Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    P.O. Box 9013
           Number          Street

           Addison, Texas 75001
           City                    State              ZIP Code

Contact phone        (972) 643-6600        Email    POCInquiries@BonialPC.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 7, 2022 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Alfred J. Ferraro
305 St Mary's Road
Latrobe, PA 15650

**Debtor**          *Via U.S. Mail*
Kristin E. Ferraro
305 St Mary's Road
Latrobe, PA 15650

**Debtors' Attorney**
Justin P. Schantz
Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA  15601

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

Respectfully Submitted,

/s/  Mukta Suri

FINAL CURE NOTICE - CERTIFICATE OF SERVICE                                    4128-N-0220