IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Alfred J. Ferraro and Kristin E. Ferraro | : | Bankruptcy No. 16-21105-GLT |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Alfred J. Ferraro, Kristin E. Ferraro | : | |
| and Ronda J. Winnecour, Trustee, | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 9, 2016, at docket numbers 19 and 20, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by undersigned Counsel who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:   July 29, 2022                             Respectfully Submitted,
                                                  /s/Justin P. Schantz
                                                  Justin P. Schantz, Esquire
                                                  Attorney for the Debtor
                                                  PA.I.D.No. 210198
                                                  David A. Colecchia and Associates
                                                  324 South Maple Avenue
                                                  Greensburg, PA 15601
                                                  (724)-837-2320
                                                  jschantz@my-lawyers.us

**PAWB Local Form 24 (07/13)**