Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Alfred J. Ferraro** : | Case No. 16−21105−GLT |
| **Kristin E. Ferraro** : | Chapter: 13 |
| **aka Kristen E. Ferraro** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 120 |
| : | |
| v. : | Hearing Date: 10/12/22 at 03:00 PM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 28th of July, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 120 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

    (1) **On or before September 12, 2022**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2) This Motion is scheduled for hearing on *October 12, 2022 at 03:00 PM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

                                                       Gregory L. Taddonio, Judge
                                                       United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 16-21105-GLT
Alfred J. Ferraro   Chapter 13
Kristin E. Ferraro
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 3
Date Rcvd: Jul 28, 2022   Form ID: 604   Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alfred J. Ferraro, Kristin E. Ferraro, 305 St Mary's Road, Latrobe, PA 15650-1324 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 DALLAS PKWY SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | Deutsche Bank National Trust Company, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14202248 | + | Greater Latrobe Teacher's Credit Union, 113 East Main Street, New Alexandria, PA 15670-3116 |
| 14202253 | + | Veripro Solutions, Inc., P.O. Box 3572, Coppell, TX 75019-5538 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 28 2022 23:30:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2022 23:41:46 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 28 2022 23:30:00 | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 28 2022 23:41:46 | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14227058 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 28 2022 23:29:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14226479 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 23:42:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14202243 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 23:42:06 | Capital One Bank, N.A., Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14202245 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 23:42:08 | Citibank / Sears, Citicorp Credit Services/Centralized Ban, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14202244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 23:42:08 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14202246 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 28 2022 23:29:00 | Citizen's Bank Auto Finance, Attn: Bankruptcy, 443 Jefferson Boulevard MS RJW-135, Warwick, RI 02886-1321 |
| 14271503 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 28 2022 23:41:46 | DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL, WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 604 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14202247 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | | EAGAN, MN 55121-1663 |
| | | | Jul 28 2022 23:39:51 | Deutsche Bank National Trust Company, as, Trustee for HSI Asset Securitzation Corp, c/o Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14236488 | + Email/Text: bankruptcydpt@mcmcg.com | | Jul 28 2022 23:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14207378 | Email/PDF: rmscedi@recoverycorp.com | | Jul 28 2022 23:41:45 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14969675 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | Jul 28 2022 23:30:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14202250 | + Email/PDF: gecsedi@recoverycorp.com | | Jul 29 2022 00:03:57 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202251 | + Email/PDF: gecsedi@recoverycorp.com | | Jul 29 2022 00:04:10 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202252 | + Email/PDF: gecsedi@recoverycorp.com | | Jul 28 2022 23:39:51 | Synchrony Bank/Walmart, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202254 | + Email/Text: bankrupt-adjdept@wesbanco.com | | Jul 28 2022 23:30:00 | Wesbanco Bank, Inc., 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | Deutsche Bank National Trust Company, as Trustee E |
| 14202249 | | Northwest Consumer Discount Company |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | WesBanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 30, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 28, 2022 | Form ID: 604 | Total Noticed: 26 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... bnicholas@kmllawgroup.com |
| Jeffrey S. Golembiewski | on behalf of Plaintiff Alfred J. Ferraro jgolembiewski@yahoo.com denisegole@yahoo.com |
| Jeffrey S. Golembiewski | on behalf of Plaintiff Kristin E Ferraro jgolembiewski@yahoo.com denisegole@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal pawb@fedphe.com |
| Justin P. Schantz | on behalf of Debtor Alfred J. Ferraro jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Justin P. Schantz | on behalf of Joint Debtor Kristin E. Ferraro jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal pawb@fedphe.com |

TOTAL: 12