**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALFRED J. FERRARO<br>KRISTIN E. FERRARO<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:16-21105<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

July 26, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/25/2016 and confirmed on 5/13/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 151,613.27 |
| Less Refunds to Debtor | 523.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 151,090.21 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,369.00 | |
|   Trustee Fee | 6,645.89 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,014.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - | 0.00 | 63,760.92 | 0.00 | 63,760.92 |
|     Acct: 4961 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - | 13,823.04 | 13,823.04 | 0.00 | 13,823.04 |
|     Acct: 4961 | | | | |
|   WESBANCO BANK INC(*) | 11,117.87 | 11,117.87 | 0.00 | 11,117.87 |
|     Acct: 7195 | | | | |
|   CITIZENS BANK(*) | 32,366.48 | 32,366.48 | 4,695.33 | 37,061.81 |
|     Acct: 0470 | | | | |
|   GREATER LATROBE TEACHERS CREDIT U | 13,180.41 | 13,180.41 | 0.00 | 13,180.41 |
|     Acct: 0001 | | | | |
| | | | | 138,944.05 |
| **Priority** | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALFRED J. FERRARO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALFRED J. FERRARO | 300.00 | 300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALFRED J. FERRARO | 223.06 | 223.06 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY GOLEMBIEWSKI ESQ++ | 2,369.00 | 2,369.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY GOLEMBIEWSKI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 362.64 | 41.95 | 0.00 | 41.95 |
|     Acct: 8517 | | | | |
|   VERIPRO SOLUTIONS INC | 23,852.99 | 2,759.31 | 0.00 | 2,759.31 |
|     Acct: 2170 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERICA | 1,629.66 | 188.52 | 0.00 | 188.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1171 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3051 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7186 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| MIDLAND FUNDING LLC | 535.93 | 62.00 | 0.00 | 62.00 |
| Acct: 4630 | | | | |
| MIDLAND FUNDING LLC | 687.13 | 79.49 | 0.00 | 79.49 |
| Acct: 8131 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,131.27 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 142,075.32 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        70,487.80
UNSECURED      27,068.35

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ALFRED J. FERRARO
   KRISTIN E. FERRARO
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:16-21105

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alfred J. Ferraro  
Kristin E. Ferraro  
    Debtors

Case No. 16-21105-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Jul 29, 2022     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alfred J. Ferraro, Kristin E. Ferraro, 305 St Mary's Road, Latrobe, PA 15650-1324 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 DALLAS PKWY SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Deutsche Bank National Trust Company, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14202248 | + | Greater Latrobe Teacher's Credit Union, 113 East Main Street, New Alexandria, PA 15670-3116 |
| 14202253 | + | Veripro Solutions, Inc., P.O. Box 3572, Coppell, TX 75019-5538 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 30 2022 00:22:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jul 30 2022 00:35:26 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 30 2022 00:22:00 | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 30 2022 00:35:27 | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14227058 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 30 2022 00:21:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14226479 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2022 00:25:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14202243 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2022 00:25:00 | Capital One Bank, N.A., Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14202245 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2022 00:35:24 | Citibank / Sears, Citicorp Credit Services/Centralized Ban, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14202244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2022 00:35:27 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14202246 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 30 2022 00:21:00 | Citizen's Bank Auto Finance, Attn: Bankruptcy, 443 Jefferson Boulevard MS RJW-135, Warwick, RI 02886-1321 |
| 14271503 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 30 2022 00:35:27 | DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL, WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD, |

Case 16-21105-GLT   Doc 126   Filed 07/31/22   Entered 08/01/22 00:24:26   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Sent Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | EAGAN, MN 55121-1663 |
| 14202247 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Jul 30 2022 00:35:25 | | Deutsche Bank National Trust Company, as, Trustee for HSI Asset Securitzation Corp, c/o Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14236488 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 30 2022 00:22:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14207378 | | Email/PDF: rmscedi@recoverycorp.com Jul 30 2022 00:24:52 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14969675 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jul 30 2022 00:22:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14202250 | + | Email/PDF: gecsedi@recoverycorp.com Jul 30 2022 00:24:50 | | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202251 | + | Email/PDF: gecsedi@recoverycorp.com Jul 30 2022 00:24:50 | | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202252 | + | Email/PDF: gecsedi@recoverycorp.com Jul 30 2022 00:24:59 | | Synchrony Bank/Walmart, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202254 | + | Email/Text: bankrupt-adjdept@wesbanco.com Jul 30 2022 00:22:00 | | Wesbanco Bank, Inc., 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | Deutsche Bank National Trust Company, as Trustee E |
| 14202249 | | Northwest Consumer Discount Company |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | WesBanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 26

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... bnicholas@kmllawgroup.com |
| Jeffrey S. Golembiewski | on behalf of Plaintiff Alfred J. Ferraro jgolembiewski@yahoo.com  denisegole@yahoo.com |
| Jeffrey S. Golembiewski | on behalf of Plaintiff Kristin E Ferraro jgolembiewski@yahoo.com  denisegole@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |
| Justin P. Schantz | on behalf of Debtor Alfred J. Ferraro jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Justin P. Schantz | on behalf of Joint Debtor Kristin E. Ferraro jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |

TOTAL: 12