# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 16-21105-GLT |
| Alfred J. Ferraro and | |
| Kristen E. Ferraro, | Chapter 13 |
| Debtor, | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Greater Latrobe Teachers' Credit Union
    Incorrect Address:    113 East Main Street R
    New Alexandria, PA 15670-3116

Corrected Address:

    Creditor Name:    Greater Latrobe Teachers' Credit Union
    Correct Address:    3202 Attleboro Road
    Greensburg, PA 15601-3806

Dated: September 13, 2022

/s/Justin P. Schantz, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 210198
jschantz@my-lawyers.us