**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/13/22 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   ALFRED J. FERRARO
   KRISTIN E. FERRARO
        Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:16-21105

Chapter 13
Related to Dkt. No. 120

**ORDER OF COURT**

 AND NOW, this  13th  day of  September  2022,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

GREGORY L. TADDONIO    **jah**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Alfred J. Ferraro

Kristin E. Ferraro

    Debtors

Case No. 16-21105-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2

Date Rcvd: Sep 13, 2022

User: auto

Form ID: pdf900

Page 1 of 3

Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alfred J. Ferraro, Kristin E. Ferraro, 305 St Mary's Road, Latrobe, PA 15650-1324 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 DALLAS PKWY SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | Deutsche Bank National Trust Company, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14202248 | + | Greater Latrobe Teacher's Credit Union, 113 East Main Street, New Alexandria, PA 15670-3116 |
| 14202253 | + | Veripro Solutions, Inc., P.O. Box 3572, Coppell, TX 75019-5538 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2022 00:10:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 14 2022 00:12:56 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 14 2022 00:12:56 | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14227058 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 14 2022 00:10:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14226479 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2022 00:13:04 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14202243 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2022 00:13:04 | Capital One Bank, N.A., Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14202245 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2022 00:13:19 | Citibank / Sears, Citicorp Credit Services/Centralized Ban, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14202244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2022 00:13:07 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14202246 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 14 2022 00:10:00 | Citizen's Bank Auto Finance, Attn: Bankruptcy, 443 Jefferson Boulevard MS RJW-135, Warwick, RI 02886-1321 |
| 14271503 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 14 2022 00:12:57 | DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL, WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD, |

District/off: 0315-2 | User: auto | Page 2 of 3
:---|:---:|---:
Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 26

| | | | EAGAN, MN 55121-1663 |
|---|---|---|---|
| 14202247 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | |
| | | Sep 14 2022 00:13:10 | Deutsche Bank National Trust Company, as, Trustee for HSI Asset Securitzation Corp, c/o Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14236488 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Sep 14 2022 00:11:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14207378 | | Email/PDF: rmscedi@recoverycorp.com | |
| | | Sep 14 2022 00:12:55 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14969675 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | | Sep 14 2022 00:10:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14202250 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 14 2022 00:12:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202251 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 14 2022 00:12:51 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202252 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 14 2022 00:13:15 | Synchrony Bank/Walmart, Attn: Bankruptcy, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14202254 | + | Email/Text: bankrupt-adjdept@wesbanco.com | |
| | | Sep 14 2022 00:11:00 | Wesbanco Bank, Inc., 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | Deutsche Bank National Trust Company, as Trustee E |
| 14202249 | | Northwest Consumer Discount Company |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | WesBanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... bnicholas@kmllawgroup.com |
| Jeffrey S. Golembiewski | on behalf of Plaintiff Alfred J. Ferraro jgolembiewski@yahoo.com  denisegole@yahoo.com |
| Jeffrey S. Golembiewski | on behalf of Plaintiff Kristin E Ferraro jgolembiewski@yahoo.com  denisegole@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |
| Justin P. Schantz | on behalf of Debtor Alfred J. Ferraro jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Justin P. Schantz | on behalf of Joint Debtor Kristin E. Ferraro jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |

TOTAL: 12